LIBORIO v. KING

No. 301P02

Case below: 150 N.C. App. 531

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

MILEY v. H.C. BARRETT & ASSOCS.

No. 347P02

Case below: 150 N.C. App. 437

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

N.C. STATE BAR v. GILBERT

No. 434A02

Case below: 151 N.C. App. 299

Motion by defendant for temporary stay allowed 22 August 2002.

ORTHODONTIC CTRS. OF AM., INC. v. HANACHI

No. 375P02

Case below: 151 N.C. App. 133

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

RUSSELL v. LABORATORY CORP. OF AM.

No. 333P02

Case below: 151 N.C. App. 63

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 17 September 2002.